1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    SARA RODRIGUEZ,                            Case No. 1:20-cv-00549-EPG

11              Plaintiff,                       ORDER FOR PLAINTIFF TO SHOW
                                                 CAUSE WHY THIS ACTION SHOULD
12              v.                               NOT BE DISMISSED WITHOUT
                                                 PREJUDICE PURSUANT TO FEDERAL
13    COMMISSIONER OF SOCIAL SECURITY,           RULE OF CIVIL PROCEDURE 41(b) FOR
                                                 FAILURE TO PROSECUTE AND
14              Defendant.                       COMPLY WITH COURT ORDERS

15                                               (ECF Nos. 9, 17).

16

17          Plaintiff Sarah Rodriguez proceeds through counsel with a complaint for judicial review

18    of an unfavorable decision by the Commissioner of the Social Security Administration. (ECF No.

19    1). For the reasons given below, the Court orders Plaintiff to show cause why this action should

20    not be dismissed without prejudice for failure to prosecute and comply with Court orders pursuant

21    to Federal Rule of Civil Procedure 41(b).

22          The administrative record was filed on June 22, 2021. (ECF No. 16). On June 23, 2021,

23    the Court ordered this case to proceed pursuant to the scheduling order, with Plaintiff's letter brief

24    to be served within thirty days of the date the administrative record was served. (ECF No. 17).

25    Thereafter, the scheduling order directs respondent to serve a response to the letter brief within

26    thirty-five days, and, if no stipulation to remand is agreed to, for an opening brief to be filed by

27    Plaintiff within thirty days. (ECF No. 9). Under this schedule, Plaintiff's opening brief was due

28    around September 27, 2021. However, to date, Plaintiff has not filed an opening brief nor a

                                                    1

1    request for extension of time to do so.

2           Accordingly, Plaintiff is ORDERED to show cause why this action should not be

3    dismissed without prejudice for failure to prosecute and comply with court orders pursuant to

4    Federal Rule of Civil Procedure 41(b).

5           Plaintiff shall file, no later than March  2, 2022, an opening brief, or, alternatively, a

6    response to this order to show cause demonstrating that Plaintiff has good cause for failing to file

7    an opening brief.

8

9    IT IS SO ORDERED.

10      Dated:   __**February 2, 2022**__          ___/s/ _Erica  P.  Grosjean____

11                                                 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28